UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
        U.S.A.

        -V-                       #21 CR 756 (JFK)

        Ramos

------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-26-22

The conference is adjourned from February 15, 2022 to February 17, 2022 at 11:30 a.m. in person, in Courtroom 20-C.

SO ORDERED.

Dated: New York, New York

1-26-22

JOHN F. KEENAN
United States District Judge