UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
        U.S.A.

        -V-                                    #21 CR 756 (JFK)

        Ramos


----------------------------------X

    The defendant's request to adjourn the February 17, 2022 conference is granted. (See Doc.# 20). The conference is adjourned from February 17, 2022 to April 12, 2022 at 11:30 a.m. in person, in Courtroom 20-C. The time between February 17, 2022 and April 12, 2022 is excluded.

        SO ORDERED.

Dated:  New York, New York
        2-14-22                 _____
                                JOHN F. KEENAN
                           United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-14-22