UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - X

          U.S.A.

         -V-         :

        Ramos

                :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

#21  CR 756  (JFK)

     The conference is adjourned from April 12 to June 15, 2022 at 11:15 a.m.

in person, in Courtroom 20–C..   The time between April 12 and June 15, 2022

is excluded.

SO ORDERED.

Dated:  New York, New York

        4-5-22

                       JOHN F. KEENAN
           United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  4-5-22