UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
       U.S.A.

        -V-

       Ramos

---------------------------------X

#21 CR 756 (JFK)

The Government/Defense request to adjourn the conference is granted. The conference is adjourned from June 15 to July 20, 2022 at 11:30 a.m. in person, in Courtroom 20–C.. The time between June 15, 2022 and July 20, 2022 is excluded.

       SO ORDERED.

Dated: New York, New York

6-13-22

_____
JOHN F. KEENAN
United States District Judge