# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
*Executive Director*
*and Attorney-in-Chief*

 

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

July 17, 2022

**BY ECF**
Honorable John F. Keenan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-18-22

Re:   **United States v. Jeanette Ramos,**
      **21 Cr. 756 (JFK)**

Dear Judge Keenan:

I write with the consent of the government to request that the Court adjourn the status conference currently scheduled for July 20, 2022 until the week of August 22–26, 2022. The reason for this request is that the parties are engaged in advanced-stage plea discussions.

The government consents to the requested adjournment and seeks the exclusion of time until the next conference under the Speedy Trial Act. I consent to the exclusion of time under 18 U.S.C. § 3161(h)(7).

Respectfully submitted,

/s/
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749

```
The Government having no objection, Defendant's request is
GRANTED.  The status conference is adjourned to August 23, 2022,
at 11:30 A.M. in Courtroom 20-C. The time between now and August
23, 2022, is excluded pursuant to 18 U.S.C. § 3161(h)(7).

SO ORDERED.

Dated:    New York, New York
          July 18, 2022
                                            John F. Keenan
                                       United States District Judge
```