

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

August 12, 2022

**BY ECF**
Honorable John F. Keenan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED  8/12/22
```

Re:   **United States v. Jeanette Ramos,**
       **21 Cr. 756 (JFK)**

Dear Judge Keenan:

I write to request a temporary bail modification for Jeanette Ramos, to permit her to travel to Virginia to visit her 91-year-old mother, whose health is declining.  Ms. Ramos proposes to leave New York on Thursday, August 18, and to return on Sunday, August 21.  Ms. Ramos has already provided Pretrial with the address of her sister, with whom she proposes to stay in Virginia, and will provide transportation details prior to departure if this request is granted.

Neither the government nor Pretrial Services has any objection to this request.

Respectfully submitted,

/s/
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749

CC:   AUSA Mitzi Steiner
       USPSO Viosanny Harrison (by email)

The Government having no objection, the above temporary bail modification request is GRANTED.

**SO ORDERED.**

Dated: New York, New York
       August 12, 2022

John F. Keenan
United States District Judge