UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                                         :
:
      -v-                                                    :
:      21 Cr. 756 (JPC)
:
JEANETTE RAMOS,                                                   :      <u>ORDER</u>
:
      Defendant.                                             :
:
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      This case has been reassigned to the undersigned. The Court will hold a change of plea hearing on September 8, 2022, at 11:00 a.m., in Courtroom 12D, 500 Pearl Street, New York, New York 10007.

      SO ORDERED.

Dated: September 7, 2022
       New York, New York

                                                           JOHN P. CRONAN
                                                    United States District Judge