

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 17, 2022

**BY ECF**
The Honorable John P. Cronan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: *United States v. Jeanette Ramos*, S1 21 Cr. 756 (JPC)

Dear Judge Cronan:

    The Government respectfully submits this letter on behalf of the parties to request an adjournment of sentencing in this matter which is currently scheduled to proceed on December 6, 2022. The parties have received additional victim information which may implicate, among other things, to whom restitution is owed in this case. The parties therefore request that the Court adjourn sentencing by approximately 45 days to on or after January 17, 2023. The defendant, by and through counsel, consents to this application.
.

                                  Respectfully submitted,

                                    DAMIAN WILLIAMS
                                  United States Attorney

                    by:    */s/*_____
                                  Mitzi Steiner
                                  Assistant United States Attorney
                                  (212) 637-2284

cc:    Clay Kaminsky (by ECF)

The request is granted. Defendant's sentencing hearing, currently scheduled for December 6, is adjourned to January 17, 2023 at 9:00 a.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007. Defendant's sentencing submission is due January 3, 2023, and the Government's submission is due January 10, 2023.

SO ORDERED.

November 21, 2022
New York, New York

                                    _____
                                    JOHN P. CRONAN
                                    United States District Judge