**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

December 20, 2022

**BY ECF**
Honorable John F. Keenan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v. Jeanette Ramos,
21 Cr. 756 (JFK)**

Dear Judge Keenan:

I write on behalf of both parties to request an adjournment of Ms. Ramos' sentencing, which is currently scheduled for January 17, 2023. Additional time is needed because the parties are endeavoring to resolve factual question that may result in a lower Guidelines range. In addition, defense counsel will be on trial the week of January 9–13, 2022.

Accordingly, we request that the Court again adjourn sentencing by approximately 30 days, to a convenient date in February or March 2023, except not to a date during the February 20–24 school break.

Respectfully submitted,

/s/
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749

CC: AUSA Mitzi Steiner

The request is granted. Defendant's sentencing hearing, currently scheduled for January 17, 2023, is adjourned to March 14, 2023, at 10:00 a.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007. The deadline for the defense's submission is also adjourned to February 28, 2023, and the deadline for the Government's submission is adjourned to March 7, 2023.

SO ORDERED.

December 21, 2022
New York, New York

JOHN P. CRONAN
United States District Judge